UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United State of America,<br>    Plaintiff | §<br>§<br>§<br>§ |
| v. | §   CRIM NO. 4:07-cr-00375<br>§ |
| Yemi Odelakon | §<br>§ |
|     Defendant. | § |

## MEMORANDUM AND ORDER

Defendant has filed a Motion for Discovery of Evidence (Doc. 13), a Request for Disclosure of Crimes, Wrongs, or Other Acts (Doc. 14), and a Motion for Preservation of Rough Notes and Other Materials (Doc. 15).

Because the United States Attorney maintains an open file policy, the Court has not found it necessary to enter orders requiring cooperation in discovery. Should a particular problem occur, the Court will address it promptly. Accordingly, the motions are **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 19th day of September, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT